IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

BASITO INVESTMENTS, LLC,

          Plaintiff,

vs.

MARTIN W. RIVERS,

          Defendant.

Case No. 16-CV-494-FHM

## OPINION AND ORDER

The Scheduling Order in this case set August 18, 2017 as the deadline for jury instructions, voir dire, and trial briefs; August 25, 2017 was the deadline for submission of proposed findings of fact and conclusions of law; August 28, 2017 was the deadline for submission of the pretrial order, including final witness and exhibit lists and objections. [Dkt. 18]. Those dates have passed and nothing has been filed in response to these deadlines. The case is subject to dismissal for failure to adhere to the scheduling order. Fed.R.Civ.P. 16(f)(1).

The parties are hereby ordered to submit jury instructions, voir dire, trial briefs, a pretrial order, and any other matter related to the trial of this case on or before September 1, 2017. Failure to comply with this order will result in dismissal of this case.

SO ORDERED this 29th day of August, 2017.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE